IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

FINANCIAL FEDERAL CREDIT INC.   §
§
§
§
§
VS.   §   C.A. No. 10-01028
§
ROBERT C. JEFFRIES and   §
DEBRA L. JEFFRIES   §

## DEFAULT JUDGMENT

Defendants, ROBERT C. JEFFRIES and DEBRA L. JEFFRIES, having failed to answer the Complaint, though duly served with process, have failed to appear, and have wholly made default.

It is therefore, ORDERED, ADJUDGED AND DECREED that this Court has jurisdiction over the Defendants, ROBERT C. JEFFRIES and DEBRA L. JEFFRIES, and venue is proper in the United States District Court for the Southern District of Texas, Houston Division.

It is therefore, ORDERED, ADJUDGED AND DECREED by this Court that Plaintiff, FINANCIAL FEDERAL CREDIT INC., have and recover of the Defendants, ROBERT C. JEFFRIES and DEBRA L. JEFFRIES, jointly and severally, as follows:

1.    Actual damages in the amount of $485,411.52;

2.    Pre-judgment interest thereon at the contractual default rate of eighteen percent (18%) per annum from and after March 23, 2010 to May 31, 2010, in the amount of $16,517.22 plus any additional pre-judgment interest at $239.38 per day until entry of judgment;

(0.27%)    3.    Post-judgment interest thereon at the ~~contractual~~ *legal* rate of ~~eighteen~~ *0.27* percent ~~(18%)~~ as provided by ~~law~~ 28 USC §1961(a) from entry of judgment until paid;

4.    Attorneys' fees in the amount of $14,972.74 and related expenses of $265.74 through May 31, 2010; and

5.    All costs of court.

Signed this ___2d___ day of ___August___, 2010.

The Honorable Ewing Werlein, Jr.
United States District Court Judge

APPROVED AS TO SUBSTANCE AND FORM:

Robert Grawl, Jr., Assistant General Counsel
State Bar No: 08313400 / SDOT No. 14141
1300 Post Oak Blvd., Suite 1300
Houston, Texas 77056
Telephone (713) 439-1177
Telecopier (713) 386-0337
ATTORNEYS FOR PLAINTIFF